IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DERRIAN WILLIAMS,

      Appellant,

v.                                Case No.  5D23-578
                                      LT Case Nos. 2018-CF-000238-AX
                                                        2018-CF-000239-AX

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 4, 2023

3.800 Appeal from the Circuit Court
for Duval County,
Adrian G. Soud, Judge.

Derrian Williams, Milton, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


EDWARDS, BOATWRIGHT and KILBANE, JJ., concur.